1  LAWRENCE G. BROWN
   Acting United States Attorney
2  SARALYN M. ANG-OLSON, SBN 197404
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2803

5  Attorneys for Plaintiff
   United States of America

              IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) 2:09-cv-01825-EJG-JFM
                                    )
         Plaintiff,                 )
                                    ) APPLICATION AND ORDER
    v.                              ) FOR PUBLICATION
                                    )
                                    )
APPROXIMATELY $6,200.00 IN U.S.     )
CURRENCY, and                       )
                                    )
2000 NISSAN MAXIMA,                 )
VIN: JN1CA31D2YT747576,             )
CALIFORNIA LICENSE NUMBER: 6CNZ606,)
                                    )
         Defendants.                )
_____)

        The United States of America, Plaintiff herein, applies for an order of publication as follows:

        1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

/////

1

1         2.   Local Rule 83-171, Eastern District of California,
2    provides that the Court shall designate by order the appropriate
3    newspaper or other vehicle for publication;
4         3.   The defendants described as Approximately $6,200.00 in
5    U.S. Currency; and a 2000 Nissan Maxima, VIN: JN1CA31D2YT747576,
6    California License Number: 6CNZ606 (collectively, "defendant
7    properties") were seized in the city of Stockton, San Joaquin
8    County, California.  The Drug Enforcement Administration
9    published notice of the non-judicial forfeiture of the defendant
10   properties on February 2, 9, and 16, 2009, in *The Wall Street
11   Journal*.
12        4.   Plaintiff proposes that publication be made as follows:
13             a.   One publication;
14             b.   Thirty (30) consecutive days;
15             c.   On the official internet government forfeiture
16   site [www.forfeiture.gov](www.forfeiture.gov);
17             d.   The publication is to include the following:
18                  (1)  The Court and case number of the action;
19                  (2)  The date of the seizure/posting;
20                  (3)  The identity and/or description of the
21   property seized/posted;
22                  (4)  The name and address of the attorney for the
23   Plaintiff;
24                  (5)  A statement that claims of persons entitled
25   to possession or claiming an interest pursuant to Supplemental
26   Rule G(5) must be filed with the Court and served on the attorney
27   for the Plaintiff no later than 60 days after the first day of
28   /////

publication on the official internet government forfeiture site; and

    (6) A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: July 2, 2009   LAWRENCE G. BROWN
           Acting United States Attorney

           /s/ Saralyn M. Ang-Olson
           SARALYN M. ANG-OLSON
           Special Assistant United States Attorney

**ORDER**

 IT IS SO ORDERED.

Dated:  August 18, 2009.

           _____
           UNITED STATES MAGISTRATE JUDGE

/6200.pub

3