BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,       )<br>                             )<br>     v.                      )<br>                             )<br>APPROXIMATELY $6,200.00 IN   )<br>U.S. CURRENCY, and           )<br>                             )<br>2000 NISSAN MAXIMA,          )<br>VIN: JN1CA31D2YT747576,      )<br>CALIFORNIA LICENSE NUMBER:   )<br>6CNZ606,                     )<br>           Defendants.      )<br>_____) | 2:09-CV-01825-EJG-JFM<br><br><br><br>FINAL JUDGMENT OF FORFEITURE |

    Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds as follows:

    1.  This is a civil forfeiture action against Approximately $6,200.00 in U.S. Currency ("defendant currency") and a 2000 Nissan Maxima, VIN: JN1CA31D2YT747576, California License Number: 6CNZ606 ("defendant vehicle").

    2.  A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on July 2, 2009, alleging that the defendant currency and defendant vehicle are subject to forfeiture to the United States of America pursuant to 21 U.S.C. §§ 881(a)(4) and

881(a)(6).

3.  On or about July 2, 2009, the Clerk issued a Warrant for Arrest for the defendant currency and defendant vehicle, and that warrant was duly executed on the defendant currency on July 7, 2009, and on the defendant vehicle on July 21, 2009.

4.  Beginning on August 20, 2009, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 21, 2009.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.  Jose Ramon Delgadillo

    b.  Juan Carlos Favela Castro

6.  On August 6, 2009, Claimant Jose Ramon Delgadillo ("Delgadillo") filed a Claim of Ownership in Property Under Warrant of Seizure.  On August 14, 2009, Claimant Delgadillo filed an Amended Claim of Ownership in Property Under Warrant of Seizure.  On August 25, 2009, Claimant filed an Answer to the Complaint.  No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

7.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Juan Carlos Favela Castro on October 15, 2010.  Pursuant to Local Rule 540, the United States and Claimant thus join in a request that as part of the Final Judgment of

Forfeiture in this case the Court enter a default judgment against the interest, if any, of Juan Carlos Favela Castro without further notice.

    Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2.  That judgment is hereby entered against claimant Jose Ramon Delgadillo and all other potential claimants who have not filed claims in this action.

    3.  All right, title, and interest of Claimant Jose Ramon Delgadillo in the defendant Approximately $6,200.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4.  All right, title, and interest of Claimant Jose Ramon Delgadillo in the defendant 2000 Nissan Maxima, VIN: JN1CA31D2YT747576, California License Number: 6CNZ606, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), to be disposed of according to law.

    5.  That plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency and the defendant vehicle, and for the commencement and prosecution of this forfeiture action.  This is a full and final release

1 applying to all unknown and unanticipated injuries, and/or
2 damages arising out of said seizure, arrest, or forfeiture, as
3 well as to those now known or disclosed.  The parties waived the
4 provisions of California Civil Code § 1542.
5     6.  Claimant Delgadillo waived any and all claim or right to
6 interest that may have accrued on the defendant currency being
7 forfeited to the United States.
8     7.  All parties are to bear their own costs and attorneys'
9 fees.
10    8.  The Court shall maintain jurisdiction to enforce the
11 terms of this Final Judgment of Forfeiture.
12    SO ORDERED THIS 19th day of January, 2011.

/s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE